PS-8
8/88

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Terry Jacobs                                    Docket No. 7:25-CR-35-M-8

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Caroline M. O'Reilly, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Terry Jacobs, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 21st day of May, 2025. As a condition of his release, the defendant was placed on home incarceration with location monitoring and he has remained in full compliance.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has scheduled surgery on October 15, 2025, that will require the removal of the location monitoring technology for multiple days. The United States Attorney's Office has been notified and has no objection to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER:**

The home incarceration condition is to be suspended, and the location monitoring technology removed on October 14, 2025, to accommodate the defendant's surgery. The home incarceration and location monitoring conditions are to be restored within 24 hours of his release from the hospital.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Caroline M. O'Reilly<br>Caroline M. O'Reilly<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2030<br>Executed On: October 8, 2025 |

**ORDER OF THE COURT**

Considered and ordered this 14th day of October, 2025, and ordered filed and made part of the records in the above case.

/s/ Richard E. Myers II
Richard E. Myers II
Chief United States District Judge